EUNICE GEMO VISDA
151 GRANDE VIEW DR
APT 186
BILOXI, MS 39531

SINGING RIVER HEALTH
2101 HWY 90
GAUTIER, MS 39553

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CINCH AUTO FINANCE
ATTN: BANKRUPTCY
10400 OLD ALABAMA
CONNECTOR RD
ALPHARETTA, GA 30022

LEND KEY
9999 CARVER RD
STE 400
CINCINNATI, OH 45242

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005

NAVY FCU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119

NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119

REY VISDA
151 GRANDE VIEW DR
APT 186
BILOXI, MS 39531