Certificate Number: 17082-MSS-DE-041232962

Bankruptcy Case Number: 26-51044



17082-MSS-DE-041232962

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 21, 2026, at 4:11 o'clock PM MST, EUNICE  G VISDA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 21, 2026                    By:      /s/Orsolya K Lazar

                                         Name:  Orsolya K Lazar

                                         Title:   Executive Director