United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51044-KMS
Eunice Gemo Visda Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 2
Date Rcvd: Sep 28, 2026 Form ID: n032 Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eunice Gemo Visda, 151 Grande View Dr, Apt 186, Biloxi, MS 39531-4739 |
| 5690614 | + | Lend Key, 9999 Carver Rd, Ste 400, Cincinnati, OH 45242-5584 |
| 5690618 | + | Rey Visda, 151 Grande View Dr, Apt 186, Biloxi, MS 39531-4739 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5692082 | ^ | MEBN | Sep 28 2026 19:55:38 | CREDIT UNION LOAN SOURCE DBA CINCH AUTO FINANCE, 10400 OLD ALABAMA CONNECTOR RD STE.100, ALPHARETTA, GA 30022-8225 |
| 5690612 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2026 20:12:21 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5690613 | ^ | MEBN | Sep 28 2026 19:55:32 | Cinch Auto Finance, Attn: Bankruptcy, 10400 Old Alabama, Connector Rd, Alpharetta, GA 30022-8270 |
| 5690615 | | Email/Text: EBN@Mohela.com | Sep 28 2026 20:07:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5690616 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 28 2026 20:07:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5690617 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 28 2026 20:07:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5697560 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 28 2026 20:07:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5718377 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2026 20:12:21 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5690619 | + | Email/Text: SRHS.FSBank@MYSRHS.COM | Sep 28 2026 20:07:00 | Singing River Health, 2101 Hwy 90, Gautier, MS 39553-5340 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Eunice Gemo Visda trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 3

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−51044−KMS
**Chapter:** 13

**In re:**

Eunice Gemo Visda
fka Eunice Lim Gemo
151 Grande View Dr
Apt 186
Biloxi, MS 39531

Notice of Entry of Order Confirming Plan

The Court entered an Order on 9/28/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 28, 2026

Danny L. Miller, Clerk of Court