**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERNDIVISION**

**IN RE: EUNICE GEMO VISDA** **CHAPTER 13**

**CASE NO. 26-51044-KMS**

**NOTICE OF OBJECTION TO CLAIM**

You are hereby notified that an objection to your claim has been filed in the above-referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
2012 15th St., Suite 244
Gulfport, MS 39501

and a copy must be served on the undersigned case trustee on or before thirty (30) days from the date of this notice, absent which an Order sustaining the objection may be entered. In the event a timely written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

DATED this the 1ST day of October 2026.

Prepared and submitted by:

Warren A. Cuntz, Jr., Trustee
P.O. Box 3749
Gulfport, MS 39505-3749
Tel: (228) 831-9531
Fax: (228) 831-9902
Email: wcuntzcourt@gport13.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**IN RE: EUNICE GEMO VISDA** **CHAPTER 13**

**CASE NO. 26-51044-KMS**

**TRUSTEE'S OBJECTION TO CLAIM NO. 5-1
FILED BY NAVY FEDERAL CREDIT UNION**

COMES NOW the Chapter 13 Trustee, Warren A. Cuntz, Jr., and files this Objection to Claim No. 5-1 filed by NAVY FEDERAL CREDIT UNION pursuant to F.R.B.P. Rule 3007 and 11 U.S.C. § 502, and in support hereof, would show unto this Honorable Court the following, to-wit:

**1.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**2.**

On **September 30, 2026**, NAVY FEDERAL CREDIT UNION, filed proof of Claim No. 5-1 in the amount of **$2,072.92.**

**3.**

The Trustee objects to Claim No. 5-1 based upon the claim being filed after expiration of the claims bar date. The Trustee requests that the claim be disallowed.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be received and filed and that an Order be entered disallowing the claim filed by NAVY FEDERAL CREDIT UNION, Claim No. 5-1 and requests such other, further, and general relief to which the Trustee may be entitled.

Respectfully submitted,
/s/ Warren A. Cuntz, Jr.
Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I, Warren A. Cuntz, Jr., Chapter 13 Trustee, do hereby certify *that I have transmitted electronically via CM/ECF* a true and correct copy of the above and foregoing Objection to Claim to:

Kevin Epstein, Esq., United States Trustee — USTPRegion05.JA.ECF@usdoj.gov

Thomas Carl Rollins, Jr., for Debtor(s) — trollins@therollinsfirm.com

and, that I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Trustee's Objection to Claim to:

NAVY FEDERAL CREDIT UNION
P O BOX 3000
MERRIFIELD, VA 22119-3000

DATED this the 1ST day of October 2026.

/s/ Warren A. Cuntz, Jr.
Chapter 13 Trustee

Warren A. Cuntz, Jr.
Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749
Tel: (228) 831-9531
Fax: (228) 831-9902