**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: EUNICE GEMO VISDA** **CHAPTER 13**

**Case No. 26-51044-KMS**

**ORDER DISALLOWING CLAIM NO. 5-1**
**NAVY FEDERAL CREDIT UNION**

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to **Claim No. 5-1** filed by NAVY FEDERAL CREDIT UNION the Court having considered same and finding that no opposition to the Objection has been filed, does hereby find, order and adjudicate as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that the Trustee's Objection to Claim (Dk. 22) is hereby sustained and Claim No. 5-1 filed by NAVY FEDERAL CREDIT UNION is hereby disallowed based upon the claim being filed after expiration of the claims bar date and shall not receive payment under Debtor(s) Chapter 13 bankruptcy plan.

##END OF ORDER##

Prepared and Submitted by:

Warren A. Cuntz, Jr.
Chapter 13 Trustee
P O Box 3749
Gulfport MS 39505
228-831-9531